LAW OFFICES

# PEZOLD, SMITH, HIRSCHMANN & SELVAGGIO, L.L.C.

GEORGE CARL PEZOLD*
GERARD F. SMITH*
THOMAS R. HIRSCHMANN†
RAYMOND A. SELVAGGIO*

† ADMITTED IN NY
* ADMITTED IN NJ

GERARD F. SMITH
NJ Managing Partner
smith@transportlaw.com

ONE BROADWAY, SUITE 201
DENVILLE, NEW JERSEY 07834

TELEPHONE: (973) 586-6700
FACSIMILE: (973) 586-0955
email: pshsnj@transportlaw.com

NEW YORK OFFICE
120 MAIN STREET
HUNTINGTON, NY 11743-6936
TELEPHONE: (631) 427-0100
FACSIMILE: (631) 549-8962

~ A NEW YORK LLC ~

WILLIAM J. AUGELLO
(1924-2006)

OF COUNSEL
STEPHEN W. BEYER†

April 22, 2016

Hon. Paul A. Engelmayer, U.S.D.J.
Southern District of New York
40 Foley Square
Courtroom 1305
New York, New York 10007

      Re:    Hartford Fire Ins. Co. v. Mediterranean Shipping Co.
             Civil Action No. 15-cv-09856
             **<u>Joint Letter & Case Management Plan and Scheduling Order</u>**

Dear Judge Engelmayer:

      Our office represents the plaintiff, Hartford Fire Ins. Co. a/s/o The Monarch Beverage Company, Inc. regarding the above-captioned matter.

      Pursuant to Your Honor's Order of April 1, 2016, the parties hereby submit a **Joint Letter,** and proposed **Case Management Plan & Scheduling Order**, attached hereto, as **Exhibit A**.

      Thank you.

                                            Respectfully submitted,

                                            Gerard F. Smith

GFS/rlf
cc: William Pallas, Esq.